# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17cr00005-WHA |
| | ) | |
| RAPHAEL LAMAR GASTON | ) | |

## FINAL ORDER OF FORFEITURE

**WHEREAS**, on April 28, 2017, this Court entered a Preliminary Order of Forfeiture forfeiting defendant's interest in the following property to the United States: 21 rounds of .57 caliber ammunition. (Doc. #72);

**WHEREAS**, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions as the property is worth less than $1,000 and the only potential claimant is the defendant. The government gave defendant notice in the Indictment that it would seek the forfeiture of all property involved in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. §§ 922(g)(1) and 924(c)(1)(A)(i); and,

**WHEREAS**, the Court finds that defendant Gaston has an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853. The United States has established the requisite nexus between such property in the commission of the offenses in violation of 21 U.S.C. § 841(a)(1).

**IT IS HEREBY ORDERED** that the United States' Motion for a Final Order of Forfeiture is **GRANTED** as follows:

1. The following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853: **21 rounds of .57 caliber ammunition**.

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 8th day of August, 2017.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE